# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 29, 2014

Ms. Julia Turner Baumhart
Ms. Gail S. Coleman
Ms. Lorraine C. Davis
Mr. William Bruce Forrest III
Ms. Elizabeth Phelps Hardy
Ms. Ann Elizabeth Reesman
Mr. Eugene Scalia

Re: Case No. 12-2484, *EEOC v. Ford Motor Company*
Originating Case No. : 5:11-cv-13742

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

Enclosure