

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 538
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

DEBORAH S. HUNT
CLERK

Tel.  (513) 564-7000
www.ca6.uscourts.gov

August 29, 2014

Ms. Gail S. Coleman
Ms. Elizabeth P. Hardy
Mr. Eugene Scalia

**FILED**
Aug 29, 2014
DEBORAH S. HUNT, Clerk

RE: Case No. 12-2484
*EEOC v. Ford Motor Company*

Dear Counsel:

The court issued an order today granting the petition of appellee for rehearing en banc of the decision in the above-captioned appeal.

This case will be argued before the en banc court on Wednesday, December 03, 2014. In order to facilitate review by the full court, it will be necessary for the parties to file supplemental briefs in support of their respective positions. The appellant shall file its supplemental brief not later than Monday, September 29, 2014. The appellee shall file its supplemental brief not later than Wednesday, October 29, 2014. The supplemental briefs shall not exceed twenty-five (25) pages. Should the appellant wish to file a reply brief, not to exceed twelve (12) pages, it is due not later than Wednesday, November 12, 2014.

No extensions will be granted.

Very truly yours,

Deborah S. Hunt
Clerk

bh

cc: Ms. Lorraine C. Davis
    Ms. Julia T. Baumhart
    Mr. William B. Forrest, III
    Ms. Ann E. Reesman